Curiam. Dismissed for the want of jurisdiction upon the authority of *Farmers and Mechanics National Bank* v. *Wilkinson,* 266 U. S. 503; *Union Trust Co.* v. *Westhus,* 228 U. S. 519, 522–524; *Brown* v. *Alton Water Co.,* 222 U. S. 325, 331–334. *Mr. Charles N. Goodnow* for defendants in error in support of the motion. *Solicitor General Beck* and *Assistant Attorney General Donovan* for the United States in opposition to the motion.

---

No. 562. CORBY ESTATE *v.* CITY OF ST. JOSEPH. Error to the Supreme Court of the State of Missouri. Motion to dismiss submitted January 12, 1925. Decided March 2, 1925. *Per Curiam.* Dismissed for the want of jurisdiction, upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. John E. Dolman* for plaintiff in error. *Mr. H. K. White* for defendant in error.

---

No. 226. SALLIE CANARD *v.* R. E. SNELL, JR., ET AL. Error to the Supreme Court of the State of Oklahoma. Argued January 22, 23, 1925. Decided March 2, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Lewis C. Lawson* for plaintiff in error. *Mr. Joseph C. Stone* for defendants in error. See post, p. 596.

---

No. 254. JOSELEY TIGER *v.* AARON DRUMRIGHT ET AL. Error to the Supreme Court of the State of Oklahoma. Argued January 27, 28, 1925. Decided March 2, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as

amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Lewis C. Lawson* for plaintiff in error. *Mr. Malcolm E. Rosser* for defendants in error, submitted.

---

No. 267. W. C. SINGLETON *v.* STATE OF GEORGIA. Error to the Supreme Court of the State of Georgia. Submitted January 29, 1925. Decided March 2, 1925. *Per Curiam.* Dismissed for the want of jurisdiction, upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6: *Mr. G. Y. Harrell* and *Mr. John C. Cooper* for plaintiff in error, submitted. No brief filed for defendant in error.

---

No. 590. J. C. CROWSON *v.* MICHAEL CODY ET AL. Error to the Supreme Court of the State of Alabama. Submitted December 8, 1924. Decided March 2, 1925. Petition for rehearing denied. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6; *Ireland* v. *Woods,* 246 U. S. 323, 328; *Stadelman* v. *Miner,* 246 U. S. 544, 546; *Chicago Great Western R. R. Co.* v. *Basham,* 249 U. S. 164, 165; *Citizens' Bank* v. *Opperman,* 249 U. S. 448, 450. (See 266 U. S. 590.) *Mr. W. A. Gunter* for plaintiff in error. *Mr. Fred S. Ball* for defendants in error.

---

No. —. *Ex parte:* IN THE MATTER OF IVAN GLAVADANOVIC. March 2, 1925. Motion for leave to file a petition for a writ of mandamus herein denied. *Ivan Glavadanovic* pro se.